1

District Judge James L. Robart

2

3

4

5

6

7                               UNITED STATES DISTRICT COURT
                               WESTERN DISTRICT OF WASHINGTON
8                                        AT SEATTLE

9    MARWA IRFAN ABDULWAHAB, *et al.*,        No. 2:23-cv-1138-JLR

10                  Plaintiffs,               STIPULATED MOTION TO HOLD
                                              CASE IN ABEYANCE AND
11          v.                                [PROPOSED] ORDER

12   ANTONY J. BLINKEN,                       Noted for Consideration on:
                                              October 3, 2023
13                  Defendant.

14

15          Plaintiffs and Defendant, by and through their counsel of record, pursuant to Federal Rule

16   of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to

17   stay these proceedings until November 16, 2023.  Plaintiffs bring this case pursuant to the

18   Administrative Procedure Act seeking an order compelling the U.S. State Department to re-

19   adjudicate Plaintiff Qalawz's nonimmigrant visa application.  The deadline for Defendant's

20   response to the Complaint is currently set for October 17, 2023.  However, there is good cause to

21   hold this case in abeyance.

22          Courts have "broad discretion" to stay proceedings.  *Clinton v. Jones*, 520 U.S. 681, 706

23   (1997).  "[T]he power to stay proceedings is incidental to the power inherent in every court to

24   control the disposition of the causes on its docket with economy of time and effort for itself, for

STIPULATED MOTION TO HOLD CASE IN ABEYANCE
2:23-cv-1138-JLR - 1

counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

With additional time, this case may be resolved without the need of further judicial intervention.   Plaintiffs report that on October 3, 2023, the U.S. Embassy in Ankara, Turkey, has requested Plaintiff Qalawz to send in his valid passport, an updated medical report, one new visa photo, and any other documents previously requested so that the consular officer can re-adjudicate his nonimmigrant visa application.  Plaintiffs intend to dismiss this case once a visa application is re-adjudicated.

To allow for the prior visa refusal to be reconsidered which may result in issuance, the parties request this Court to hold the case in abeyance until November 16, 2023.   The parties will submit a joint status report on or before November 16, 2023.  The parties further respectfully request that the Court's Order Regarding Initial Disclosures and Joint Status Report (Dkt. No. 9) be vacated.

Dated: October 3, 2023

Respectfully submitted,

TESSA M. GORMAN
United States Attorney

*s/Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone:  206-428-3824
Email:  michelle.lambert@usdoj.gov
*Attorneys for Defendants*


*s/ Adam W. Boyd*
ADAM W. BOYD, WSBA #49849
Gibbs Houston Pauw
1000 Second Avenue, Suite 1600
Seattle, WA 98104

STIPULATED MOTION TO HOLD CASE IN ABEYANCE
2:23-cv-1138-JLR - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    Phone: 206-708-8744
     Email: Adam.Boyd@ghp-law.net

2

3    *s/ Kristina David*
     KRISTINA DAVID, Cal. Bar #346347
     David Strashnoy Law, PC

4    1901 Avenue of the Stars, Suite 200
     Los Angeles, CA 90067

5    Phone: 818-646-7350
     Email: kristina@strashnoylaw.com

6    *Admitted PHV
     *Attorneys for Plaintiffs*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

STIPULATED MOTION TO HOLD CASE IN ABEYANCE
2:23-cv-1138-JLR - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1

2                                **[PROPOSED] ORDER**

3          The case is held in abeyance until November 16, 2023.  The parties shall submit a joint

4    status report on or before November 16, 2023.  The Order Regarding Initial Disclosures and

5    Joint Status Report (Dkt. No. 9) is vacated.  It is so **ORDERED**.

6          DATED this 3rd day of October, 2023.

7

8    _____
     JAMES L. ROBART
9    United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

STIPULATED MOTION TO HOLD CASE IN ABEYANCE                          UNITED STATES ATTORNEY
2:23-cv-1138-JLR - 4                                                700 STEWART STREET, SUITE 5220
                                                                    SEATTLE, WASHINGTON 98101
                                                                    (206) 553-7970