District Judge James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARWA IRFAN ABDULWAHAB, *et al.*, <br><br>  Plaintiffs, <br><br> v. <br><br> ANTONY J. BLINKEN, <br><br>  Defendant. | No. 2:23-cv-1138-JLR <br><br> STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND [PROPOSED] ORDER <br><br> Noted for Consideration on: November 16, 2023 |

    Plaintiffs and Defendant, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to continue to stay these proceedings until December 18, 2023.  Plaintiffs bring this case pursuant to the Administrative Procedure Act seeking an order compelling the U.S. State Department to re-adjudicate Plaintiff Qalawz's nonimmigrant visa application.  There is good cause to continue to hold this case in abeyance for an additional 30 days.

    Courts have "broad discretion" to stay proceedings.  *Clinton v. Jones*, 520 U.S. 681, 706 (1997).  "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for

STIPULATED MOTION TO HOLD CASE IN ABEYANCE
2:23-cv-1138-JLR - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

With additional time, this case may be resolved without the need of further judicial intervention. The consular officer approved Plaintiff's nonimmigrant visa application today. The National Vetting Center will next conduct a final screening step. Once completed, and if no issues arise during the final screening step, the State Department anticipates that the visa refusal will be reconsidered upon completion. Plaintiffs intend to dismiss this case should the visa issue upon completion.

To allow for the screening step to occur, the parties request this Court to hold the case in abeyance until December 18, 2023. The parties will submit a joint status report on or before December 18, 2023.

Dated: November 16, 2023

Respectfully submitted,

TESSA M. GORMAN
United States Attorney

 s/Michelle R. Lambert
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: 206-428-3824
Email: michelle.lambert@usdoj.gov
*Attorneys for Defendants*

**I certify that this memorandum contains 260 words, in compliance with the Local Civil Rules.**

s/ Adam W. Boyd
ADAM W. BOYD, WSBA #49849
Gibbs Houston Pauw
1000 Second Avenue, Suite 1600

STIPULATED MOTION TO HOLD CASE IN ABEYANCE
2:23-cv-1138-JLR - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1
2          Seattle, WA 98104
           Phone: 206-708-8744
           Email: Adam.Boyd@ghp-law.net
3
4          s/ Kristina David
           KRISTINA DAVID, Cal. Bar #346347
           David Strashnoy Law, PC
5          1901 Avenue of the Stars, Suite 200
           Los Angeles, CA 90067
6          Phone: 818-646-7350
           Email: kristina@strashnoylaw.com
7          *Admitted PHV
           *Attorneys for Plaintiffs*
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

STIPULATED MOTION TO HOLD CASE IN ABEYANCE            UNITED STATES ATTORNEY
2:23-cv-1138-JLR - 3                                  700 STEWART STREET, SUITE 5220
                                                      SEATTLE, WASHINGTON 98101
                                                      (206) 553-7970

**[PROPOSED]** ~~PROPOSED~~ **ORDER**

The case is held in abeyance until December 18, 2023.  The parties shall submit a joint status report on or before December 18, 2023.  It is so **ORDERED**.

DATED this 17th day of November, 2023.

_____
JAMES L. ROBART
United States District Judge

STIPULATED MOTION TO HOLD CASE IN ABEYANCE
2:23-cv-1138-JLR - 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970